# United States Bankruptcy Court
Northern **District of** Illinois

In Re: _____    Case No.:    _____
Chapter:    13
Judge:    _____

## Statement in Response to Notice of Final Cure Payment

**Part 1:    Pre-Petition Arrears**

Creditor ❑ agrees or ❑ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:    $ _____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

**Part 2:    Post-petition Arrears**

*Outside the plan:* Creditor ❑ agrees or ❑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

*Inside the plan*: Creditor ❑ agrees or ❑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

**Part 3:   Sign Here**

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

❏ I am the creditor.                    ❏ I am the creditor's authorized agent.
                                         (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

_____          Date: _____
Signature

Print:   _____       _____
         Name                                 Title

         _____
         Company

         _____
         Address

         _____

         _____       _____
         Phone                                Email

**Part 4:   Service**

Notice Mailed to: Susan Williams-Dew

Debtor(s) (address):_____

Debtor(s)' Counsel: Brian P. Deshur
        ❏ Via CM/ECF
        ❏ Via email (email address): _____
        ❏ Via US Mail (address):     _____

Trustee:   Marilyn O. Marshall
        ❏  Via CM/ECF

*new.9/1/10*

**Post Petition Payment(s) - Proof of Claim Attachment**

| | |
|---:|---:|
| Name: | Williams-Dew |
| Last 4 of Account Number: | 4763 |
| Case: | 09-32534 |
| Date of Case Filing | 9/1/2009 |

| Payments received since Date Case Filed ||
|---:|---:|
| Date Payment Received | Amount of Payment Received |
| 05/25/10 | $ 183.06 |
| 06/23/10 | $ 2,029.20 |
| 07/22/10 | $ 735.60 |
| 08/27/10 | $ 735.60 |
| 02/22/11 | $ 3,183.50 |
| 03/23/11 | $ 663.11 |
| 04/19/11 | $ 689.25 |
| 06/21/11 | $ 659.25 |
| 07/20/11 | $ 674.87 |
| 08/19/11 | $ 689.25 |
| 10/26/11 | $ 746.65 |
| 12/16/11 | $ 414.50 |
| 02/22/12 | $ 174.16 |